IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HELEN SEGURA,** )<br>)<br>　　　　　**Plaintiff**, )<br>　v. )<br>)<br>**GREEN TREE SERVICING, LLC**, et. al, )<br>)<br>　　　　　**Defendants.** )<br>_____ ) | 1:11-cv-634  AWI SMS<br><br>ORDER VACATING JUNE 13,<br>2011, HEARING AND TAKING<br>MATTER UNDER<br>SUBMISSION |

　　　Currently set for hearing and decision on June 13, 2011, is Defendant Green Tree's motion to dismiss.  Pursuant to Local Rule 230, Plaintiff was required to file either an opposition or a notice of non-opposition no later than May 31, 2011.  See Local Rule 230(c).  Plaintiff failed to do so.  Due to Plaintiff's failure to file timely oppositions or notices of non-opposition, she is in violation of the Local Rules.  See id.  Plaintiff is not entitled to be heard at oral argument in opposition to the motion.  See id.  Additionally, the Court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See Local Rule 230(h).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 13, 2011, is VACATED, and no party shall appear at that time.  As of June 13, 2011, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　　June 8, 2011　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE